In the Matter of the Claim of KENNETH O. BILLINGTON, Respondent, against GREAT LAKES DREDGE & DOCK COMPANY and THE EMPLOYERS' LIABILITY ASSURANCE CORP., LTD., Appellants. JOHN B. WIECZYNSKI, Respondent. STATE

INDUSTRIAL BOARD, Respondent.— Appeal from an award of compensation which charged disability to a previous employment and to an accident which happened October 3, 1937. Claimant sustained three accidents, the first of which occurred on October 3, 1937. There is medical testimony to sustain the finding that his last disability was due to the first accident. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.